No. 97. CAFETERIA & RESTAURANT WORKERS UNION, LOCAL 473, AFL–CIO, ET AL. *v.* MCELROY ET AL. United States Court of Appeals for the District of Columbia Circuit. Certiorari granted. *Bernard Dunau* for petitioners. *Solicitor General Rankin, Assistant Attorney General Yeagley* and *Kevin T. Maroney* for respondents. ■■■

No. 153. COPPOLA *v.* UNITED STATES. C. A. 2d Cir. Certiorari granted. *William B. Mahoney* for petitioner. *Solicitor General Rankin, Assistant Attorney General Wilkey* and *Philip R. Monahan* for the United States.

No. 219. SCHNELL ET AL. *v.* PETER ECKRICH & SONS, INC., ET AL. C. A. 7th Cir. Certiorari granted. *Charles J. Merriam* for petitioners. *M. Hudson Rathburn* for respondents.

No. 238. LOTT ET AL. *v.* UNITED STATES. C. A. 5th Cir. Certiorari granted. *John H. Crooker, Joe S. Moss* and *C. W. Wellen* for petitioners. *Solicitor General Rankin, Assistant Attorney General Rice, Meyer Rothwacks* and *Lawrence K. Bailey* for the United States.

No. 288. AMERICAN AUTOMOBILE ASSOCIATION *v.* UNITED STATES. Court of Claims. Certiorari granted. *Fleming Bomar* and *Joseph E. McAndrews* for petitioner. *Solicitor General Rankin* for the United States. ■■■

No. 169. POLAROID CORPORATION *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 1st Cir. Certiorari granted. *David Saperstein* for petitioner. *Solicitor General Rankin, Acting Assistant Attorney General Heffron* and *Harry Marselli* for respondent.